Gabriel Murillo #28549-055
_____
Name and Prisoner/Booking Number

United States Penitentiary-Tucson
_____
Place of Confinement

P.O. Box 24550
_____
Mailing Address

Tucson, Arizona 85734
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ✓    LODGED
RECEIVED    COPY

OCT 15 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

GABRIEL MURILLO
_____,
(Full Name of Plaintiff)

                Plaintiff,

v.

(1) UNITED STATES OF AMERICA,
_____,
(Full Name of Defendant)

(2) DEPARTMENT OF JUSTICE,
    FEDERAL BUREAU OF PRISONS
_____,

(3) _____,

(4) _____,

        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-00425-TUC-CKJ(PSOT)
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☒ Other: Section 2671 of Title 28 of the United States Code .
            Federal Tort Claims Act
2.  Institution/city where violation occurred: USP-Tucson, Arizona .

Revised 3/11/16                          1                          **550/555**

## B. DEFENDANTS

1.  Name of first Defendant: United States Of America___. The first Defendant is employed as: Department of Justice_____ at Federal Bureau of Prisons_____.
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as: as: _____ at_____.
    (Position and Title)                                    (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as: _____ at_____.
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at_____.
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.   CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated:  <u>Negligence</u>

2. **Count I.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☒ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.
   <u>(See Attached Continuation Pages Titled "Facts In Support Of Count 1").</u>

4. **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
   <u>I was infected with a deadly virus, and became ill with symptoms of that virus as a direct result of staff negligence.</u>

5. **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

Facts In Support Of Count 1
Page (1).

1).  On or about April 1st, 2020, the Plaintiff, and other prisoners confined at the United States Penitentiary-Tucson, here-inafter, (USP-Tucson), were placed on lockdown for twenty-two hours a day as means of preventing the spread of Covid-19.  The lockdown was announced as a "Shelter In Place" and was supposed to be for a duration of fourteen days.

2).  The Plaintiff and was continuously confined to his cell for twenty-two hours a day for approximately one hundred and seventy-four (174) days from April 1st, 2020, to September 21, 2020.

3).  The Plaintiff was deprived of outdoor recreation, fresh air, and sunshine for forty-eight, (48) consecutive days, and then only allowed outdoors for one hour once a week.  The Plaintiff was also deprived of all rehabilitational, religious, and educational programming as well.

4).  During the time that the Plaintiff was confined to his cell for twenty-two, (22) hours a day, there were no positive prisoner cases of Covid-19.

5).  Also during the same time period, the executive staff of (USP-Tuscon) wer allowing prisoners to work in food service, and in several other areas of the institution while the Plaintiff was confined to his cell twenty-two, (22) hours a day.

6).  On or about October 21st, 2020, (USP-Tucson) Health Services staff diagnosed their first prisoner Covid-19 case.  In response to this postive prisoner case, the entire (USP-Tucson) facility was placed on twenty-four, (24) hour lockdown.

7).  The Plaintiff alleges that the conditions of the lockdown

## Facts In Support Of Count 1
### Page (2).

were punitive and inhumane, and that the Plaintiff was deprived of all recreation, hot meals, use of telephone, and e-mail to communicate with his family. The Plaintiff wasn't allowed to purchase postage stamps or batteries, and when hot meals were provided, that they were continuously served cold, as there were no carts for delivering food that were equipped with heaters.

8). After weeks of being confined under the above listed conditions, and without having any contact with anyone other than correctional staff, the Plaintiff became ill with symptoms of Covid-19.

9). The Plaintiff alleges that correctional staff at (USP-Tucson), including Health Services staff, were infected with the Covid-19 virus, and that they were negligent by reporting to work at (USP-Tucson) prior to being tested, even though they knew that they may have been exposed to the virus and could possible infect prisoners at (USP-Tucson).

10). The Plaintiff alleges that as of Febraury 4th, 2021, that ten prisoners at (USP-Tucson) have died of Covid-19.

11). The Executive Staff at (USP-Tucson), including the Complex Warden, the Associate Warden, and their subordinates were also negligence by failing to provide testing for their staff prior to allowing them to enter the (USP-Tucson) facility. These Executive Staff were aware that the screening they were conducting was inadequate, especially in light of the high percentage of individuals who tested positve for Covid-19, and are asymptomatic.

12). The Plaintiff alleges that as of february 4th, 2021, that there were 70 correctional staff employed at (USP-Tucson) who tested positive for Covid-19.

Facts In Support Of Count 1
Page (3).

13). The Plaintiff alleges that as a direct result of staff negligence at (USp-Tucson), that he was infected with Covid-19, that he tested positive for Covid-19, he became ill with symptoms of that virus, and that his life was placed in jeopardy.

14). The Plaintiff alleges that he was infected with the Covid-19 virus in spite of being isolated in his cell twenty-four hours a day, where he was kept in order to keep him safe from being infected with the Covid-19 virus.

15). The Plaintiff alleges that as of Febraury 4th, 2021, that there were 886 prisoners who were infected with Covid-19, which is 69 percent of the total population of (USP-Tucson).

## COUNT II

1.    State the constitutional or other federal civil right that was violated: _____
_____.

2.    **Count II.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other: _____.

3.    **Supporting Facts.**   State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.    **Administrative Remedies.**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                ☐ Yes     ☐ No
b.    Did you submit a request for administrative relief on Count II?          ☐ Yes     ☐ No
c.    Did you appeal your request for relief on Count II to the highest level?   ☐ Yes     ☐ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                   ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?        ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?   ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:
Damages for injury in the amount of $750,000 dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __10/12/2021__
                    DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6