Gabriel Murillo
28549055
United States Penitentiary Tucson
P.O. BOX 24550
Tucson, Arizona. 85734



7020 0640 0002 2557 3728



OCT 15 2021

CV-21-00425-TUC-CKJ(PSOT)

Clerk Office US District Court
405 W. Congress St. suite 1500
Tucson, Arizona. 85701